UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CALVIN THOMAS** | : | **DOCKET NO. 2:23-cv-0592** |
| **D.O.C. # 532630** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against James Leblanc be **DENIED and DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 12th day of September, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE