**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**CALVIN THOMAS**                                       **DOCKET NO. 2:23-cv-0592**
                                                                                    **SECTION P**

**VERSUS**                                                     **JUDGE JAMES D. CAIN, JR.**

**KEITH COOLEY**                                         **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the Report and Recommendation (Doc. 50) of the Magistrate

Judge previously filed herein, determining that the findings are correct under the applicable law,

and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the that the defendant's Motion

to Dismiss (doc. 18) be **GRANTED** and Plaintiff's case be **DISMISSED** in its entirety**.**

**THUS DONE AND SIGNED** in chambers this 19th day of March, 2026.

                                                    **JAMES D. CAIN, JR**
                                        **UNITED STATES DISTRICT JUDGE**